**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| | ) | |
| **SNOWSHOE MILLWORKS, LLC,** | ) | **Bankruptcy Case No.** |
| | ) | **23-10887-JEB** |
| Debtor. | ) | |
| | ) | |
| | ) | |
| **SHEILA COFFIN HARSHMAN,** | ) | **Civil Action No.** |
| | ) | **25-12586-FDS** |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **STEVEN WEISS, Chapter 7 Trustee,** | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

**MEMORANDUM AND ORDER ON**
**APPELLEE'S MOTION TO DISMISS APPEAL**

**SAYLOR, J.**

Steven Weiss, as Chapter 7 Trustee for Snowshoe Millworks, LLC, has moved to dismiss the appeal of Sheila Coffin Harshman, pursuant to Federal Rule of Bankruptcy Procedure 8004(a), on the ground that it is an unauthorized appeal of an interlocutory order.

The debtor, Snowshoe Millworks, LLC, is a Massachusetts limited liability company. Harshman is Snowshoe's only member and manager.

On June 9, 2023, Harshman, as Snowshoe's manager, filed a voluntary Chapter 11 petition for the LLC under Chapter 11. Steven Weiss was then appointed as Chapter 11 Trustee.

On January 30, 2024, the Bankruptcy Court converted the case to a Chapter 7 proceeding, and Weiss was then appointed as Chapter 7 trustee.

On July 2, 2025, the trustee filed an adversary proceeding in the bankruptcy court against Harshman, seeking damages against her as a vexatious litigant.

On September 2, 2025, the Bankruptcy Court issued a preliminary injunction against Harshman.  The preliminary injunction is, of course, an interlocutory order.

Harshman did not file a motion for leave to appeal that order pursuant to Federal Rule of Bankruptcy Procedure 8004(a).  Nonetheless, she filed a notice of appeal of the preliminary injunction and an election to have the appeal heard by this court.

Harshman has thus attempted to appeal an interlocutory order without leave of court, in violation of 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8004(a).  As a result, this Court lacks jurisdiction to hear the appeal.

Accordingly, and for the foregoing reasons, this matter is hereby DISMISSED.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge

Dated: March 26, 2026

2