# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

**In Re**

Snowshoe Millworks LLC

**Appellant**

Sheila Coffin Harshman


**v.**


**Appellee**

Steven Weiss

**Civil Action No. 1:25-cv-12586-FDS**

_____


## ORDER OF DISMISSAL


**Saylor, D.J.**


In accordance with the Court's ORDER dated March 26, 2026 (Dkt. No. 18), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


By the Court,



3/26/2026                                            /s/ Melonie Cooke
Date                                                     Deputy Clerk